# blicklaw llc

**Attorneys at Law**

Shaun I. Blick, Esq., Managing Member
Direct: 848.300.0854
Mobile: 732.261.8041
sblick@blicklaw.com

220 Davidson Avenue, Suite 408
Somerset, New Jersey 08873
T - 848.222.3500
F - 848.222.3550
blicklaw.com

*[Handwritten notation: So ordered. The conference has been adjourned to 1/31/25 @ 10 am. 12-16-24 /s/ AKHellerstein]*

December 13, 2024

VIA EMAIL & FACSIMILE
Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
HellersteinNYSDChambers@nysd.uscourts.gov

   RE:   **Garfinkel v. Anthem Blue Cross Blue Shield et. al.**
         Case No. 1:24-cv-06274-AKH

Dear Judge Hellerstein:

   This office represents Plaintiff Robert Garfinkel. A status conference is scheduled for this morning at 10:00 a.m. In readying for today it has come to my attention that service of the summons and complaint in this matter has not yet been effectuated upon the Defendants.

   I respectfully request that the Court permit 10 days to allow for same and that the conference scheduled for this morning be adjourned.

   Thank you in advance.

                                      Respectfully Submitted,

                                      /s/ Shaun I. Blick
                                      SHAUN I. BLICK, ESQ.