Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

**troutman**
**pepper locke**

troutman.com

**Matthew J. Aaronson**
D 212.704.6006
matthew.aaronson@troutman.com

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> _/s/ Alvin K. Hellerstein_
> Alvin K. Hellerstein, U.S.D.J.
> Date: March 3, 2025

March 3, 2025

**VIA ECF AND FACSIMILE**
**(212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Court for the Southern
  District of New York
500 Pearl Street
New York, NY 10007

Re:   *Robert Garfinkel v. Anthem Blue Cross Blue Shield et al.*
      Civil Action No. 1:24-cv-06274
      <u>Joint Notice of Settlement and Request for Adjournment of Status Conference</u>

Your Honor:

We represent Defendants Anthem Blue Cross Blue Shield, Kristal Redman, and Steward Balikov (collectively "Anthem") in the above-captioned action. We write, with the consent of Plaintiff's counsel, to advise the Court that the parties have reached a settlement in principle in this matter. Accordingly, the parties respectfully request that the Court adjourn all pending deadlines *sine die*, including the March 5, 2025 deadline for defendants to respond to the Complaint and the telephone status conference currently on the calendar for March 21. The parties will file a Stipulation of Dismissal with Prejudice once the settlement has been concluded.

We thank Your Honor for your consideration of this request. If Your Honor has any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

Matthew J. Aaronson

cc:   Shaun I. Blick
      sblick@blicklaw.com

      Joseph P. McNulty
      jmcnulty@blicklaw.com

308966084v1